UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN BLYDENBURGH,

     Plaintiff,

v.                                                    Case No.:  2:21-cv-493-SPC-NPM

WALMART STORES EAST, LP,

     Defendant.

_____/

## ORDER[1]

Before the Court is Defendant's Motion for Summary Judgment. Plaintiff failed to respond.  So the Motion is unopposed, and all supported facts are deemed undisputed.  Fed. R. Civ. P. 56(e)(2); Local Rule 3.01(c); (Docs. 22 at 4; 32 at 2).  Courts cannot grant summary judgment by default because movant must always show it is entitled to the ruling.  *United States v. 5800 SW 74th Ave.*, 363 F.3d 1099, 1101-02 (11th Cir. 2004).  Still, for the reasons explained in Sections III(a)-(b) of Defendant's Motion, judgment is proper.  *See* 10A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2719 (4th ed. 2022) ("The court retains discretion as to the form and detail of its statement of reasons.").  Specifically, Plaintiff tripped over this pallet:

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them.  The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.



(Doc. 31 at 4).  But the condition was so open and obvious that Defendant (1) owed no duty to warn; (2) warned of any danger; and (3) did not breach a duty to maintain because the pallet was not dangerous and, even if so, Plaintiff should have discovered it.  So the Court grants summary judgment.  *Brookie v. Winn-Dixie Stores, Inc.*, 213 So. 3d 1129, 1132-37 (Fla. Dist. Ct. App. 2017).

Accordingly, it is now **ORDERED:**

1. Defendant's Motion for Final Summary Judgment (Doc. 31) is **GRANTED**.

2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate all deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on August 3, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2