UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN BLYDENBURGH,

    Plaintiff,

v.                            CASE NO: 2:21-cv-493-SPC-NPM

WAL-MART STORES EAST, LP,
DBA WAL-MART,

    Defendant.
_____/

## JOINT NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

COMES NOW the Defendant, WAL-MART STORES EAST, LP and Plaintiff, JOHN BLYDENBURGH, pursuant to applicable Statutes and Federal Rules of Civil Procedure, hereby notifies the Court that Plaintiff, JOHN BLYDENBURGH, accepted the Defendant, WAL-MART STORES EAST, LP'S Offer of Judgment dated July 21, 2022, prior to the Court's Granting the Defendant's Motion for Summary Judgment, and a Notice of Dismissal will be filed swiftly.

                                          Respectfully submitted,

                                          **/s/ Madison A. Tanner**
                                          Amanda J. Sharkey Ross
                                          Madison A. Tanner
                                          Robert V. White

I HEREBY CERTIFY that on August 3, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Benjamin Abdulnour, Esquire
Florida Bar No. 71362
Morgan & Morgan, P.A.
12800 University Dr., Suite 600
Fort Myers, Florida 33907
Telephone: 239-210-5350
Fax: 239-204-3813
babdulnour@forthepeople.com
nmcfarlane@forthepeople.com

/s/ Madison A. Tanner
AMANDA J. SHARKEY ROSS
Florida Bar No. 598666
MADISON A. TANNER
Florida Bar No. 1011247
ROBERT V. WHITE
Attorneys for Defendant
Florida Bar No. 88882
Henderson, Franklin, Starnes & Holt, P.A.
Post Office Box 280
Fort Myers, Florida 33902-0280
Telephone:  239.344.1249
Fax:  239.344.1542
amanda.ross@henlaw.com
tracey.salerno@henlaw.com
madison.tanner@henlaw.com
susan.peters@henlaw.com
robert.white@henlaw.com
sarah.howie@henlaw.com